**Appeal Dismissed and Memorandum Opinion filed October 11, 2022.**



**In The**

# Fourteenth Court of Appeals

___

## NO. 14-22-00523-CR

___

**MARQUISHA ANITA WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 248th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1419632**

## MEMORANDUM OPINION

Appellant was granted an out-of-time appeal. *See Ex parte Williams*, No. WR-93,337-01, 2022 WL 945792, at *1 (Tex. Crim. App. Mar. 30, 2022). The deadline for filing the notice of appeal was thirty days from the date the Texas Court of Criminal Appeals issued its mandate. *See id.* The mandate issued May 3, 2022. Accordingly, the notice of appeal was due June 2, 2022.

Appellant's notice of appeal was filed July 14, 2022, more than thirty days later. *See* Tex. R. App. P. 26.1. No motion for extension of time to file the notice of appeal was filed within fifteen days of the due date. *See* Tex. R. App. P. 26.3.

A notice of appeal that complies with the requirements of Texas Rule of Appellate Procedure 26 is essential to vest the court of appeals with jurisdiction. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). When a notice of appeal is not filed within the 15-day period, the court of appeals can take no action other than to dismiss the appeal for lack of jurisdiction. *See id.*

On August 10, 2022, the parties were notified that the appeal was subject to dismissal for want of jurisdiction unless a party demonstrated that the court has jurisdiction. Appellant's response does not demonstrate this court's jurisdiction.

We dismiss the appeal.


PER CURIAM


Panel consists of Justices Jewell, Bourliot and Zimmerer.

Do Not Publish — Tex. R. App. P. 47.2(b).